IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR THE PRETIUM MORTGAGE ACQUISITION TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>THE GOOD SAMARITAN FUND, INC., MITZI CARR, JOHN LUNSFORD, ISABEL MARIA VIDAL, and BRUCE REGISTER,<br><br>    Defendants. | Case No. 2:15-cv- 00211-WCO-JCF |

**WILMINGTON SAVINGS FUND SOCIETY'S STATEMENT OF
CORPORATE OWNERSHIP AND OTHER INTERESTED PERSONS**

    Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3, Plaintiff Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for the Pretium Mortgage Acquisition Trust ("Wilmington") makes the following disclosure of corporate ownership and other interested persons:

    **(1) The undersigned counsel of record for Wilmington in this action certify that the following is a full and complete list of all parties in this action,**

1

**including any parent corporation and any publicly held corporation that owns 10% or more of the stock of Plaintiff:**

Plaintiff: Wilmington is a wholly owned subsidiary of WSFS Financial Corporation (NASDAQ: WSFS). There is no parent corporation or any publicly held company owning 10% or more of WSFS Financial Corporation's stock.

Defendants: The Good Samaritan Fund, Inc., Mitzi Carr, John Lunsford, Isabel Maria Vidal, and Bruce Register.

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

a) Stewart Title Guaranty Company

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

> Peter L. Lublin
> Bret J. Chaness
> Rubin Lublin, LLC
> 3740 Davinci Court, Suite 150
> Peachtree Corners, Georgia 30092

Respectfully submitted, this 20th day of October, 2015.

> */s/ Bret J. Chaness*
> PETER L. LUBLIN (GA Bar No. 460461)
> BRET J. CHANESS (GA Bar No. 720572)
> **RUBIN LUBLIN, LLC**
> 3740 Davinci Court, Suite 150
> Peachtree Corners, Georgia 30092
> (678) 281-2730 (Telephone)
> (404) 921-9016 (Facsimile)
> bchaness@rubinlublin.com
>
> *Attorneys for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for the Pretium Mortgage Acquisition Trust*

## FONT CERTIFICATION

The undersigned counsel for Plaintiff hereby certify that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 20th day of October, 2015.

>*/s/ Bret J. Chaness*
>BRET J. CHANESS (GA Bar No. 720572)