IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

|  |  |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR THE PRETIUM MORTGAGE ACQUISITION TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>THE GOOD SAMARITAN FUND, INC., MITZI CARR, JOHN LUNSFORD, ISABEL MARIA VIDAL, AND BRUCE REGISTER,<br><br>    Defendants. | Civil Case No.<br>2:15-cv-00211-WCO-JCF |

## NOTICE OF APPEARANCE

COMES NOW, Edward T.M. Garland, and enters his **Notice of Appearance** as lead counsel of record for Defendant ISABEL MARIA VIDAL in the above-styled matter.  Please send all correspondence, orders, court notices, and copies of pleadings, etc., to the undersigned.

This 21st day of January 2016.

RESPECTFULLY SUBMITTED,

**GARLAND, SAMUEL & LOEB, P.C.**

/s/ Edward T.M. Garland
EDWARD T.M. GARLAND
Georgia Bar No. 284900
Lead Counsel for Defendants The Good
Samaritan Fund, Inc., Mitzi Carr, Bruce
Register, and Isabel Maria Vidal

3151 Maple Drive
Atlanta, Georgia 30305
Phone:  404-262-2225
Fax:  404-365-5041
etg@gsllaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR THE PRETIUM MORTGAGE ACQUISITION TRUST, <br><br> Plaintiff, <br><br> v. <br><br> THE GOOD SAMARITAN FUND, INC., MITZI CARR, JOHN LUNSFORD, ISABEL MARIA VIDAL, AND BRUCE REGISTER, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Case No. <br> 2:15-cv-00211-WCO-JCF |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the within and foregoing

**NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system,

which will automatically send email notification of such filing to all counsel of

record.

This 21st day of January, 2016.

Respectfully submitted,

3

/s/ Edward T.M. Garland
Georgia Bar No. 284900